# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE CLAIRE R. KELLY, JUDGE

| | | |
|---|---|---|
| TAI SHAN CITY KAM KIU ALUMINIUM EXTRUSION CO. LTD., ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant, ) ) and ) ) ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, ) ) ) ) Defendant-Intervenor. ) ) | Court No. 14-00016 | |
| WHIRLPOOL CORPORATION, ) ) Plaintiff, ) ) and ) ) GOVERNMENT OF CHINA, ) ) Plaintiff-Intervenor, ) ) v. ) ) UNITED STATES, ) ) Defendant, ) ) and ) ) ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, ) ) ) ) Defendant-Intervenor. ) ) | Court No. 14-00028 | |

**DEFENDANT'S CONSENT MOTION TO CONSOLIDATE**

Pursuant to Rule 42 of the Rules of the Court, defendant, the United States, respectfully requests that the Court consolidate *Tai Shan City Kam Kiu Aluminium Extrusion Co. Ltd. v. United States*, Ct. No. 14-00016 and *Whirlpool Corporation v. United States*, Ct. No. 14-00028, into one consolidated case. On March 28, 2014, counsel for all parties discussed this motion, and all parties consent to the motion to consolidate.

Pursuant to USCIT R. 42, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." The Court should consolidate these cases. The plaintiffs in these two cases all challenge certain aspects of a single countervailing duty determination issued by the United States Department of Commerce that led to the imposition of countervailing duties upon aluminum extrusions from China. *Aluminum Extrusions From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2010-2011*, 79 Fed. Reg. 106 (Dep't of Commerce Jan. 2, 2014). Thus, these actions involve "common question[s] of law or fact" pending before this Court, as contemplated by USCIT R. 42(a). Consolidation is necessary because potential remands in separate cases may lead to inconsistent calculations and conflicting results.

## **CONCLUSION**

For these reasons, we respectfully request that the Court consolidate *Tai Shan City Kam Kiu Aluminium Extrusion Co. Ltd. v. United States*, Ct. No. 14-00016 and *Whirlpool Corporation v. United States*, Ct. No. 14-00028, into one consolidated case.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:

JOANNA THEISS
Attorney
Office of the Chief Counsel
for Import Administration
Department of Commerce

s/Tara K. Hogan
TARA K. HOGAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2228
Facsimile: (202) 305-7643
Tara.Hogan@usdoj.gov

March 31, 2014

Attorneys for Defendant

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TAI SHAN CITY KAM KIU ALUMINIUM EXTRUSION CO. LTD., )<br>)<br>Plaintiff, )<br>v. )<br>)     Court No. 14-00016<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, )<br>)<br>Defendant-Intervenor. ) | |
| WHIRLPOOL CORPORATION, )<br>)<br>Plaintiff, )<br>and )<br>)<br>GOVERNMENT OF CHINA, )<br>)<br>Plaintiff-Intervenor, )<br>)     Court No. 14-00028<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, )<br>)<br>Defendant-Intervenor. ) | |

# **ORDER**

Upon consideration of the defendant's consent motion to consolidate, it is hereby **ORDERED** that *Tai Shan City Kam Kiu Aluminium Extrusion Co. Ltd. v. United States*, Ct. No. 14-00016 and *Whirlpool Corporation v. United States*, Ct. No. 14-00028, are hereby consolidated into *Tai Shan City Kam Kiu Aluminium Extrusion Co. Ltd. v. United States*, Consol. Ct. No. 14-00016.

**SO ORDERED.**

April ____, 2014                              _____
New York, NY                                                JUDGE